BERTHA CLARA BORK, Residing on Waldermar Street, Hohen-Neuendorf, Brandenburg, and Another, Appellants, v. JACQUES ALBERT DUTEIL, Alias JACQUES ALBERT DUTEIL BATTI, of Nice, France, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

MARK J. HELLINGER and Others, Individually and as Executors, etc., of PAUL HELLINGER, Deceased, Respondents, v. M. JACOB COHEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.; Martin, P. J., and O'Malley, J., dissent and vote to reverse and grant a new trial.

BANK OF NEW YORK AND TRUST COMPANY, as Trustee, etc., of JONATHAN T. GARDINER, Deceased, Appellant, v. IDA L. GARDINER and HARRY G. STEPHENS, as Executors, etc., of LION GARDINER, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.; Martin, P. J., and O'Malley, J., dissent and vote to reverse and grant judgment for the plaintiff.

HENRY G. SEIPP and WILLIAM GILLIGAN, as Trustees under Creditors' Extension Agreement, Dated August 5, 1932, Respondents, v. HERBERT L. SATTERLEE and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EMMA A. MULLEN, Respondent, v. PARK TRANSPORTATION Co., INC., Defendant, Impleaded with THOMAS MORAN, Appellant.— Order unanimously reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present —Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of Judicial Settlement of the Account of Proceedings of MARY FINLEY, as Administratrix of JULIA ZIMMERMAN, Also Known as JULIA A. ZIMMERMAN, Deceased. MARY FINLEY, as Administratrix, etc., Appellant; DOROTHY WESSEL and GILBERT ZIMMERMAN, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondent Dorothy Wessel. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

GRACE LATTERMAN and SYLVIA LATTERMAN, Infants, by BESSIE LATTERMAN, Their Guardian ad Litem, Appellants, v. THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.; O'Malley, J., dissents and votes to reverse and grant judgment for the plaintiffs.

GRACE WILLIAMS, an Infant, by JACK D. WILLIAMS, Her Guardian ad Litem, and JACK D. WILLIAMS, Respondents, v. EDWIN WEIGAND and Others, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

ISIDORE SHOP and NATHAN LANTON, as Administrators, etc., of LILLIAN LANTON, Deceased, and Others, Respondents, v. 57 ST. MARKS PLACE HOLDING CORPORATION, Appellant, Impleaded with Others, Defendants.— Orders, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HATTIE COHEN, Appellant, v. LOUIS COHEN, Respondent.— Judgment, so far as appealed from, and the order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.